UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HYMON AUGUSTA WALKER, | § | |
| TDCJ-CID NO. 1014857, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2665 |
| | § | |
| STATE OF TEXAS, | § | |
|     Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

The Clerk will enter this Order and provide all parties with a copy.

SIGNED at Houston, Texas, this 28th day of August, 2007.

Melinda Harmon
United States District Judge